UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| RON CORBETT, JR., | Civil No. 19-1624-BAT |
|---|---|
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision addressing Plaintiff's applications for disability insurance benefits and supplemental security income under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner for further administrative proceedings. On remand, the administrative law judge will reevaluate Plaintiff's: (1) mental impairments under 20 C.F.R. § 416.920a; (2) symptoms in accordance with Social Security Ruling 16-3p; (3) residual functional capacity in accordance with Social Security Ruling 96-8p; and (4) ability to perform his past relevant work under 20 C.F.R. § 416.965. If necessary, the ALJ will obtain supplemental vocational expert evidence. The claimant is entitled to a new hearing before a new ALJ.

Plaintiff may seek reasonable attorney fee awards under the Equal Access to Justice Act, 24 U.S.C. § 2412 on proper application.

The Court REMANDS this case under 42 U.S.C. § 405(g) sentence four. The Clerk is directed to enter judgment under Fed. R. Civ. P. 58.

DATED this 27th day of March, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ Anne Marie King
ANNE MARIE KING
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2156
Fax: (206) 615-2531
anne.marie.king@ssa.gov